**Order entered August 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00679-CV

## IN THE INTEREST OF L.A., D.J.A., B.S.A., J.N.A., AND M.N.A., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-03637**

## ORDER

Before the Court is appellant's August 20, 2019 first motion to extend time to file her jurisdictional letter brief. We **GRANT** the motion and **ORDER** the letter brief be filed no later than September 3, 2019. We again caution appellant that failure to file the letter brief may result in dismissal of the appeal without further notice.

/s/    KEN MOLBERG
         JUSTICE